FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2016 OCT 12 PM 1:09

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

RICARDO DELGADO-GEORGE
AKEITHA MUMTAZ WARNER

CASE NO. 6:16-cr-200-ORL-41TBS
18 U.S.C. § 1029(a)(1)
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1029(a)(4)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about July 5, 2016, in the Middle District of Florida, the defendant,

**RICARDO DELGADO-GEORGE**

did knowingly and with intent to defraud use one or more counterfeit access devices, as defined in 18 U.S.C. § 1029(e)(2), that is, plastic cards that were counterfeit, forged, altered, and fictitious, and the offense affected interstate and foreign commerce.

In violation of 18 U.S.C. § 1029(a)(1) and (c)(1)(A)(i).

### COUNT TWO

On or about July 5, 2016, in the Middle District of Florida, the defendants,

**RICARDO DELGADO-GEORGE**
and
**AKEITHA MUMTAZ WARNER**

did knowingly and with intent to defraud possess fifteen or more counterfeit and unauthorized access devices, as defined in 18 U.S.C. § 1029(e), that is, plastic cards that were counterfeit, forged, altered, and fictitious, and plastic cards that were encoded with unauthorized credit and debit card numbers, and the offense affected interstate and foreign commerce.

In violation of 18 U.S.C. § 1029(a)(3) and (c)(1)(A)(i).

### COUNT THREE

On or about July 5, 2016, in the Middle District of Florida, the defendant,

**RICARDO DELGADO-GEORGE**

did knowingly and with intent to defraud have control and custody of, and possess device-making equipment, as defined in 18 U.S.C. § 1029(e)(6), and the offense affected interstate and foreign commerce.

In violation of 18 U.S.C. § 1029(a)(4) and (c)(1)(A)(ii).

### FORFEITURE

1. The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections

982(a)(2)(B) and 1029(c)(1)(C).

2. Upon conviction of the violations 18 U.S.C. §§ 1029(a)(1), 1029(a)(3), and 1029(a)(4) charged in Counts One through Three, the defendant, **RICARDO DELGADO-GEORGE**, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations and pursuant to 18 U.S.C § 1029(c)(1)(C), any personal property used or intended to be used to commit the offenses.

3. Upon conviction of the violations 18 U.S.C. §§ 1029(a)(1) and 1029(a)(3) charged in Counts One and Two, the defendant, **AKEITHA MUMTAZ WARNER**, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations and pursuant to 18 U.S.C. § 1029(c)(1)(C), any personal property used or intended to be used to commit the offenses.

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

                                          A TRUE BILL,

                                          _____
                                          Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
     Embry J. Kidd
     Assistant United States Attorney

By: _____
     Katherine M. Ho
     Assistant United States Attorney
     Chief, Orlando Division

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

RICARDO DELGADO-GEORGE
AKEITHA MUMTAZ WARNER

## INDICTMENT

Violations:

18 U.S.C. §§ 1029(a)(1), 1029(a)(3), and 1029(a)(4)

A true bill,

_____
Foreperson

Filed in open court this 12th day of October 2016.

_____
Clerk

Bail $_____

GPO 863 525