UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:16-cr-200-Orl-37TBS

AKEITHA MUMTAZ WARNER

**NOTICE OF MAXIMUM PENALTY, ELEMENTS OF OFFENSE,
PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

ESSENTIAL ELEMENTS

The essential elements of a violation of 18 U.S.C. § 1029(a)(3), possession of 15 or more counterfeit access devices with intent to defraud, are as follows:

First: The defendant knowingly possessed fifteen or more access devices;

Second: Those devices were counterfeit or unauthorized;

Third: The defendant knew the access devices were counterfeit or unauthorized, and acted with the intent to defraud; and

Fourth: The defendant's conduct affected interstate or foreign commerce.

## PENALTY

The penalty for the offense charged in Count Two of the Indictment is a maximum sentence of 10 years of imprisonment; a maximum fine of $250,000, or twice the gross gain caused by the offense, or twice the gross loss caused by the offense, whichever is greater; a maximum term of supervised release of three years; and a special assessment of $100 per felony count for individuals, which is due on the date of sentencing.

Pursuant to 18 U.S.C. § 3663A(a) and (b), defendant agrees to make full restitution to any victims of the offenses.

Upon conviction, a defendant who is not a United States citizen may be removed from the United States, denied citizenship, and denied admission to the United States in the future.

## FACTUAL BASIS

On or about July 5, 2016, in the Middle District of Florida, AKEITHA MUMTAZ WARNER did knowingly and with intent to defraud possess fifteen or more counterfeit and unauthorized access devices, as defined in 18 U.S.C. § 1029(e), that is, plastic cards that were counterfeit, forged, altered, and fictitious, and plastic cards that were encoded with unauthorized credit and debit card numbers, and the offense affected interstate and foreign commerce.

More specifically:

On July 5, 2016, at approximately 11:32 a.m., an Osceola County Sheriff's Office deputy conducted a traffic stop on a black Chevrolet Trailblazer for a speeding violation. Ricardo Delgado-George was the vehicle's driver, and WARNER was the passenger. During a subsequent search of the vehicle, the deputy located a red canvas bag in the rear driver-side seating area. Inside the red canvas bag were three large stacks of counterfeit credit cards that were bound together with an elastic band. One of the stacks of credit cards all had the name Mumtaz Warner, and the other two stacks were in the name of an individual with initials E.G. Upon further search of the vehicle, the deputy recovered additional stacks of credit cards and several wallets that contained credit cards. The deputy found a black wallet underneath the front passenger's seat, where WARNER had been sitting. Inside the wallet was a Washington State driver's license for a white male with initials E.G. The counterfeit Washington driver's license had Delgado-George's photograph on it.

The deputy located a total of 121 individual counterfeit credit cards that WARNER and Delgado-George jointly possessed, knowing that the access devices were counterfeit. Upon checking the bank identification numbers (BINs), a detective determined that the counterfeit credit card numbers

embossed did not match the BINs of the issuing banks that were printed on the actual cards. Moreover, the card verification values (CVVs) were the same on most of the cards that shared the same style and bank.  Each of the cards was counterfeit.  Moreover, each of the cards was linked to the Visa, Mastercard, Discover, or American Express payment processing network, and each network operates in interstate and/or foreign commerce.

Subsequently, the detective interviewed WARNER, who admitted that he and Delgado-George met over the previous weekend with someone that he referred to as "Joel," who lived in Clearwater, Florida.  WARNER admitted to making approximately five charges with the counterfeit access devices "Joel" provided.

    Respectfully submitted,

    A. LEE BENTLEY, III
    United States Attorney

By: *s/ Embry J. Kidd*
    EMBRY J. KIDD
    Assistant United States Attorney
    Florida Bar No. 115997
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone:  (407) 648-7500
    Facsimile:  (407) 648-7643
    E-mail:  Embry.Kidd@usdoj.gov

U.S. v. AKEITHA MUMTAZ WARNER     Case No. 6:16-cr-200-Orl-37TBS

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Odiator Arugu, Esq.

                                                *s/ Embry J. Kidd*
                                                EMBRY J. KIDD
                                                Assistant United States Attorney
                                                Florida Bar No. 115997
                                                400 W. Washington Street, Suite 3100
                                                Orlando, Florida 32801
                                                Telephone:  (407) 648-7500
                                                Facsimile:  (407) 648-7643
                                                E-mail:  Embry.Kidd@usdoj.gov